1  **Foley Lyman Law Group LLP**
   Shannon M. Foley  (SBN 125420)
2  Richard W. Lyman, Jr.  (SBN 54013)
   Ann E. Grant (SBN 157522)
3  1500 Rosecrans Avenue, Suite 500
   Manhattan Beach, CA 90266
4  Telephone: 310.706.4050
5  FAX:       310.706.4052

6

   Attorneys for Plaintiff
7  ELSIE COLEMAN

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

12 ELSIE COLEMAN            )  CASE NO: 2:12-CV-03000-SVW-VBKx
                            )
13         Plaintiff        )  **NOTICE OF LODGING STIPULATION**
                            )  **AND [PROPOSED] ORDER OF REMAND**
14                          )
15 v.                       )
                            )
16                          )
   KINDRED HEALTHCARE OPERATING, )
17 INC.; KINDRED HEALTHCARE, INC.; )
   KND 53, LLC; KND DEVELOPMENT 53, )
18 LLC dba Kindred Hospital South Bay, )
19                          )
                            )
20         Defendants.      )
                            )
21                          )
                            )
22                          )
                            )
23

1  Lodged herewith is the parties Stipulation and [Proposed] Order of Remand. As set forth in the
2  Stipulation and [Proposed] Order, good cause justifies issuance of this Order to remand this matter
3  to Los Angeles Superior Court.
4  DATED: September 14, 2012

*Ann E. Grant*
Ann E. Grant
Foley Lyman Law Group, LLP
Attorney for Plaintiffs

**Foley Lyman Law Group LLP**
Shannon M. Foley (SBN 125420)
Richard W. Lyman, Jr. (SBN 54013)
Ann E. Grant (SBN 157522)
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
Telephone: 310.706.4050
FAX: 310.706.4052

Attorneys for Plaintiff
ELSIE COLEMAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE COLEMAN<br><br>       Plaintiff<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING, INC.; KINDRED HEALTHCARE, INC.; KND 53, LLC; KND DEVELOPMENT 53, LLC dba Kindred Hospital South Bay,<br><br>       Defendants. | CASE NO: 2:12-CV-03000-SVW-VBKx<br><br>STIPULATION AND [PROPOSED] ORDER OF REMAND |

Plaintiff Elsie Coleman and Defendants Kindred Healthcare Operating, Inc., Kindred Healthcare, Inc., KND 53, LLC and KND Development 53, LLC dba Kindred Hospital South Bay ("Kindred Defendants"), by and through their counsel of record, hereby stipulate as follows:

STIPULATION AND [PROPOSED] ORDER OF REMAND

FOLEY LYMAN LAW GROUP LLP
1500 ROSECRANS AVE.
SUITE 500
MANHATTAN BEACH, CA 90266
310.706.4050

3

WHEREAS, this case was originally filed in Los Angeles Superior Court on behalf of five separate plaintiffs, including Plaintiff Coleman, against Kindred Healthcare Operating, Inc. and Kindred Healthcare, Inc.;

WHEREAS, Kindred Healthcare Operating, Inc. and Kindred Healthcare, Inc. removed the action to United States District Court, Central District of California;

WHEREAS, on May 14, 2012, the Honorable Stephen V. Wilson ordered that the case be re-filed as five separate cases—one case for each plaintiff;

WHEREAS, on July 13, 2012, Plaintiff filed the five operative complaints in this case, which do not allege Subject Matter Jurisdiction because plaintiffs allege there is no diversity;

WHEREAS, on July 23, 2012, the Honorable Percy Anderson, United States District Judge, *sua sponte* dismissed Plaintiff Uehlinger's complaint, without prejudice, for lack of subject matter jurisdiction. *See* Case No. CV 12-6045-PA (JCx);

WHEREAS, on August 3, 2012, the Honorable George H. King, United States District Judge, *sua sponte* dismissed Plaintiff Luhrsen's complaint, without prejudice, for lack of subject matter jurisdiction. *See* Case No. CV 12-6048-GKH (Ex);

WHEREAS, on August 17, 2012, the Honorable John F. Walter, United States District Judge, *sua sponte* remanded Plaintiff Burt's action to Los Angeles Superior Court for lack of subject matter jurisdiction. *See* Case No. CVF 12-6049-JFW (CWx);

WHEREAS, the Kindred Defendants maintain that there is Subject Matter Jurisdiction based on diversity pursuant to the grounds set forth in their initial removal papers;

WHEREAS, despite the parties' differing positions with respect to whether this Court has Subject Matter Jurisdiction, the parties have agreed that this matter should be remanded to Los Angeles Superior Court in the interest of judicial efficiency;

STIPULATION AND [PROPOSED] ORDER OF REMAND

FOLEY LYMAN LAW GROUP LLP
1500 ROSECRANS AVE.
SUITE 500
MANHATTAN BEACH, CA 90266
310.706.4050

4

1  WHEREAS, Plaintiff has agreed to not seek any costs or fees pursuant to 28 U.S.C. §1447 at
2  this time, however, reserves her right to seek any and all available cost and fees as a prevailing
3  party, should she ultimately prevail in this matter;

**IT IS SO STIPULATED AND AGREED.**

Dated: September 12, 2012          FOLEY LYMAN LAW GROUP, LLP
                                    SHANNON M. FOLEY
                                    ANN E. GRANT

                                    By: _____/s/ Ann E. Grant_____
                                        Ann E. Grant
                                        Attorneys for Plaintiffs


Dated: September __, 2012          MANATT, PHELPS & PHILLIPS, LLP
                                    ANDREW L. SATENBERG
                                    JUSTIN C. JOHNSON

                                    By: _____
                                        Andrew L. Satenberg
                                        Attorneys for Kindred Defendants


**IT IS SO ORDERED.**


Dated: September __, 2012          _____
                                    HONORABLE STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF REMAND

FOLEY LYMAN LAW GROUP LLP
1500 ROSECRANS AVE.
SUITE 500
MANHATTAN BEACH, CA 90266
310.706.4050



1 | WHEREAS, Plaintiff has agreed to not seek any costs or fees pursuant to 28 U.S.C. §1447 at this time, however, reserves her right to seek any and all available cost and fees as a prevailing party, should she ultimately prevail in this matter;

**IT IS SO STIPULATED AND AGREED.**

Dated: September __, 2012          FOLEY LYMAN LAW GROUP, LLP
                                   SHANNON M. FOLEY
                                   ANN E. GRANT

                                   By: _____
                                       Ann E. Grant
                                       Attorneys for Plaintiffs


Dated: September __, 2012          MANATT, PHELPS & PHILLIPS, LLP
                                   ANDREW L. SATENBERG
                                   JUSTIN C. JOHNSON

                                   By: /s/ Andrew L. Satenberg
                                       Andrew L. Satenberg
                                       Attorneys for Kindred Defendants


**IT IS SO ORDERED.**

Dated: September __, 2012
                                   _____
                                   HONORABLE STEPHEN V. WILSON
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF REMAND

FOLEY LYMAN LAW GROUP LLP
1500 ROSECRANS AVE.
SUITE 500
MANHATTAN BEACH, CA 90266
310.706.4050

6